1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd.
   Suite 117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | HOANG MINH LE, an individual           ) | Case No.:  5:20-cv-00503-DSF-KK
12 |             Plaintiff,                 ) | **NOTICE OF CONDITIONAL**
13 |         vs.                            ) | **SETTLEMENT**
14 | BCS INVESTMENTS, LLC, a limited        )
   | liability company                      )
15 |                                        )
   |             Defendants.                )
16

---

NOTICE OF CONDITIONAL SETTLEMENT
5:20-CV-00503-DSF-KK

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

                                        ASCENSION LAW GROUP, PC

DATE: June 18, 2020

                                 /s/ Pamela Tsao

                              Pamela Tsao, attorney for Plaintiff

                                       Hoang Minh Le